## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHALONDA DAVIS** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | **JUDGE** |
| **VERSUS** | * | |
| | * | **SECTION** |
| **WINN-DIXIE OF LOUISIANA, INC.,** | * | |
| **JOHN DOE AND ABC INSURANCE** | * | **MAGISTRATE** |
| **COMPANY** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL TO FEDERAL COURT

TO:  The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, Winn-Dixie Montgomery, LLC (erroneously named in plaintiff's Petition for Damages as Winn-Dixie of Louisiana, Inc., and hereinafter "Winn-Dixie"), submits this Notice of Removal of the above-styled matter, and as cause therefore shows as follows:

1.

On or about December 17, 2009, Winn-Dixe was served with the attached Petition in an action commenced in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, entitled *"Shalonda Davis v. Winn-Dixie of Louisiana, Inc., et al"* bearing case number 115-101, Division "E". A copy of the Petition is annexed hereto as Exhibit "A".

2.

Plaintiff, Shalonda Davis, is a person of the full age of majority and is domiciled within the

State of Louisiana.

3.

Defendant, Winn-Dixie Montgomery, LLC, is a limited liability company with its principal place of business in Jacksonville, Florida, and its sole member being Winn-Dixie Stores, Inc., a Florida corporation with its principal place of business in Jacksonville, Florida.

4.

The Petition for Damages filed by plaintiff did not specify the extent of injuries allegedly sustained by plaintiff, Shalonda Davis. The Petition merely indicated the plaintiff had sustained "injuries to her entire body, more particularly to her back, and neck . . . (See Paragraph V of the Petition for Damages.) The Petition did not contain a reference to the monetary value of the claim.

5.

Plaintiff, Shalonda Davis, was deposed on September 9, 2010. At that deposition, she testified that she had injured her left hip in the accident made the basis of this lawsuit, and had undergone hip surgery at the hands of orthopedist, Dr. Richard Meyers, in May, 2010. Ms. Davis further testified that she was asymptomatic in her left hip prior to the accident. (See attached as Exhibit "B", pages 37 and 48 of Plaintiff's deposition)

6.

The September 9, 2010, deposition of plaintiff was the first notice that defendant, Winn-Dixie, had of the potential judgment value of this case. Based on plaintiff's deposition testimony, the matter in controversy in this case is in excess of $75,000.00, exclusive of interest and costs.

7.

Based on the above, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332, in that the matter in controversy herein now exceeds the sum of

$75,000.00, exclusive of interest and costs. Moreover, there exists complete diversity of citizenship between the parties.

8.

Defendant, Winn-Dixie, desires and is entitled to trial by jury on all issues herein.

**WHEREFORE**, Defendant prays that the above action now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, be removed therefrom to this Court.

Respectfully submitted:

/s/ Sidney J. Hardy

_____

**SIDNEY J. HARDY** (1938)
McCRANIE, SISTRUNK, ANZELMO, HARDY
MCDANIEL & WELCH
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
ATTORNEY FOR DEFENDANT,
WINN-DIXIE MONTGOMERY, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 28th day of September, 2010.

/s/ Sidney J. Hardy

_____

**SIDNEY J. HARDY**