34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO: 115 101          DIVISION          DOCKET E

SHALONDA DAVIS

VERSUS

WINN-DIXIE OF LOUISIANA, INC.
JOHN DOE AND ABC INSURNCE COMPANY

FILED: NOV 23 2009
12:35 pm

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of **SHALONDA DAVIS**, a person of the full age of majority and a resident of and domiciled in the Parish of St. Bernard, State of Louisiana, with respect represents the following:

I.

**MADE DEFENDANTS HEREIN ARE:**

**WINN DIXIE LOUISIANA, INC.**, a foreign corporation domiciled in Louisiana authorized to do and doing business in this Parish and State;

**JOHN DOE**, a person of the full age of majority and believed to be a resident of this Parish and State; and

**ABC INSURANCE COMPANY**, a domestic/foreign insurance company authorized to do and doing business in this Parish and State;

II.

All of which are justly and truly indebted unto your petitioner jointly, severally, and in solido, for such damages as are reasonable in the premises together with legal interest thereon from date of judicial demand until paid, for all costs of this proceeding, and for all general and equitable relief, for the following, to wit:

EXHIBIT A

III.

That on or about December 3, 2008, petitioner, SHALONDA DAVIS, was shopping at the Winn-Dixie, Louisiana, Inc., located Paris Road store number 1432 in Chalmette, Louisiana, which is property owned and/or managed by the defendant, WINN-DIXIE LOUISIANA, INC.. herein, and as petitioner was shopping at the Winn Dixie, suddenly and without warning she slipped and fell on a foreign substance which was on the floor causing serious injuries to petitioner as complained of herein.

IV.

The aforesaid injuries and damages were caused solely by the negligence of defendants, WINN-DIXIE LOUISIANA, INC. in the following non-exclusive particulars:

    a. failing to provide proper maintenance and keep their premises in a safe condition for their customers;

    b. failure to make or take timely inspection of the area in question;

    c. failing to properly train and/or supervise their employees as to methods of maintenance, repair, and inspection to insure safe passage for their customers and prevent this type of accident from happening;

    d. defendants knew or should have known of the unsafe condition of the area in question;

    e. failure to remedy an unsafe and/or hazardous condition;

    f. allowing a dangerous condition, i.e. an unstable display shelf; to exist for a unreasonable length of time in the area of question;

    g. in failing to have restraints and/or edges on the display shelf to keep the sale objects from falling;

    h. any and all other acts of negligence which may be proven at the time of the trial of this matter.

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

V.

As a result of the aforementioned accident, petitioner, **SHALONDA DAVIS**, sustained injuries to her entire body, more particularly to her back, and neck and asserts to the Court that the damages needs to be determined by this Court at the time of trial in the following particulars:

a. Past, present, and future pain and suffering;

b. Past, present, and future medical expenses;

c. Permanent disability;

VI.

Defendant, **WINN-DIXIE, LOUISIANA, INC.** is responsible for the actions and/or inactions of its store manager, **JOHN DOE**, by doctrine of respondeat superior and should respond in monetary damages.

VII.

At all times pertinent hereto, **WINN DIXIE-LOUISIANA, INC.** was insured by defendant, **ABC INSURANCE COMPANY**, and as such, **ABC INSURANCE COMPANY** is responsible for any awards made herein.

VIII.

Petitioner avers amicable demand to no avail.

IX.

Petitioner pleads the doctrine of res ipsa loquitur.

**WHEREFORE**, petitioner, **SHALONDA DAVIS**, prays that the defendants, **WINN DIXIE LOUISIANA, INC., JOHN DOE, AND ABC INSURANCE COMPANY**, be duly cited to appear and answer this petition; that they be served with a copy of same; that after due proceedings had, there be judgment herein in favor of petitioner and against defendants, jointly, severally, and in solido, for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid; for all costs of this proceeding; and for all general and equitable relief.

JEANNE K. DEMAREST (#23032)
ALVENDIA, KELLY & DEMAREST
909 Poydras Street, Suite 1625
New Orleans, La. 70112
(504) 482-5811
(504) 200-0001 (Facsimile)

PLEASE SERVE:

WINN-DIXIE LOUISIANA, INC.
Through their agent for process of service:
C.T. CORPORATION
320 SOMERULOS STREET
BATON ROUGE, LOUISIANA 70802

WINN-DIXIE LOUISIANA, INC.
c/o Store Director: Leo Schaeffer
3300 Paris Road
Chalmette, La. 70043

ABC INSURANCE COMPANY     (Withhold Service)

A TRUE COPY

PARISH OF ST BERNARD
STATE OF LOUISIANA
By _____
DEPUTY CLERK

/S/Jennifer L. Matlock

DEC 1 8 2009