UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHALONDA DAVIS | CIVIL ACTION NO.   2:10-cv-3305 |
| | JUDGE:  ILRL |
| VERSUS | |
| | SECTION "B" (5) |
| WINN-DIXIE OF LOUISIANA, INC., JOHN DOE AND ABC INSURANCE COMPANY | MAGISTRATE: ALC |

### ORDER

Considering the foregoing Joint Motion to Dismiss  (Rec. Doc. No. 13),

**IT IS ORDERED, ADJUDGED AND DECREED** that the above, entitled and numbered cause is hereby dismissed with full prejudice, each party to bear their own costs.

New Orleans, Louisiana this  9th   day of  January , 2013 .

_____
UNITED STATES DISTRICT JUDGE